LAW OFFICES OF BILL LATOUR
MARK VER PLANCK [CSBN: 310413]
   1420 E. Cooley Dr., Suite 100
   Colton, California 92324
   Telephone: (909) 796-4560
   Facsimile: (909) 796-3402
   E-Mail: fed.latour@yahoo.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

MARTHA OROZCO FUENTES,

    Plaintiff,

    v.

KILOLO KIJAKAZI, Acting Commissioner of Social Security,

    Defendant.

No. CV 21-03215 E

[~~PROPOSED~~] ORDER AWARDING EAJA FEES

Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

IT IS ORDERED that EAJA fees are awarded in the amount of FOUR THOUSAND EIGHT HUNDRED AND 00/100 ($4,800.00) subject to the terms of the stipulation.

DATE: 5/4/22    /S/ CHARLES F. EICK

HON. CHARLES F. EICK,
UNITED STATES MAGISTRATE JUDGE